Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorney for FIA Card Services, Inc. and Bank of America Corporation

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK DOWHEN,<br><br>            Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION, is a Corporation; TRANSUNION, CORP., is a Corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; EQUIFAX, INC., a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>           Defendant. | Case No. CV 10-3530 DMG-JC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [43]** |

///

///

///

Order on Stipulation of Dismissal With Prejudice

1

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff Garrick Dowhen and Defendant Bank of America Corporation,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: June 10, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE